AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Illinois

| | |
|---|---|
| Thomasena Williams <br><br> *Plaintiff(s)* <br> v. <br> Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A. Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  23-pq-2280-NJR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chevron U.S.A. Inc.
c/o Prentice Hall Corporation
801 Adlai Stevenson Drive
Springfield, IL 62703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. Layne Stackhouse
SHRADER & ASSOCIATES, LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
layne@shraderlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____06/30/2023_____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

| | |
|---|---|
| Thomasena Williams | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A. Inc. | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  23-pq-2280-NJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Syngenta AG
Rosentalstrasee 67
Basel, BASEL-STADT
4058 Switzerland

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

A. Layne Stackhouse
SHRADER & ASSOCIATES, LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
layne@shraderlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____06/30/2023_____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois    ▾

| | |
|---|---|
| Thomasena Williams<br><br>*Plaintiff(s)*<br>v.<br>Syngenta Crop Protection, LLC; Syngenta AG; and Chevron U.S.A. Inc.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   23-pq-2280-NJR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Syngenta Crop Protection, LLC
c/o CT Corporation System
208 S. Lasalle St., Suite 814
Chicago, IL 60604

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   A. Layne Stackhouse
SHRADER & ASSOCIATES, LLP
9 Greenway Plaza, Suite 2300
Houston, TX 77046
layne@shraderlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   06/30/2023

*Signature of Clerk or Deputy Clerk*